

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:           01-20-00722-CV

Trial Court Cause
Number:                 2018-05250J

Style:                  In the Interest of A.F. a/k/a A.N.F., A Child


Date motion filed*:     September 13, 2021

Type of motion:         Unopposed Second Motion for Extension of Time to File Brief

Party filing motion:    Appellant

Document to be filed:   First Amended Appellant's Brief

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:
      Original due date:                          September 14, 2021
      Number of previous extensions granted:      1
      Date Requested:                             September 21, 2021

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒ The Court will not grant additional motions to extend time.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____


Judge's signature: /s/ Peter Kelly
          ☒ Acting individually    ☐ Acting for the Court

Date: September 16, 2021